UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MARIO RAMIREZ,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN GROVER,<br><br>    Respondent. | NO. CV 11-10087-FMO (MAN)<br><br><br><br>JUDGMENT |

    Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: October 22, 2013.

                                         /s/
                                FERNANDO M. OLGUIN
                            UNITED STATES DISTRICT JUDGE